1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MIKA CHRISTINA ALFARO,
11           Plaintiff,                    No. CIV S-08-0410 GEB EFB PS
12      vs.
13  MRS. WELLS,
14           Defendant.          ORDER
15  _____/
16       This case, in which plaintiff is proceeding *in propria persona*, was referred to the
17  undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff has
18  not paid the fee ordinarily required to file an action in this court, nor has she submitted an
19  application to proceed without prepayment of fees.  *See* 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff
20  will be provided the opportunity to submit either the appropriate affidavit in support of a request
21  to proceed *in forma pauperis* or the appropriate filing fee.
22       In accordance with the above, IT IS HEREBY ORDERED that:
23       1.  Plaintiff shall submit, within twenty days from the date of this order, either a
24  completed application and affidavit to proceed *in forma pauperis* on the form provided by the
25  Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will
26  result in a recommendation that this action be dismissed; and

2.  The Clerk is directed to send plaintiff an application to proceed *in forma pauperis*.

DATED: February 27, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE