1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MIKA CHRISTINA ALFARO,

11          Plaintiff,                    2:08-cv-0410-GEB-EFB-PS

12      vs.

13   MRS. WELLS,

14          Defendant.                  ORDER

15   _____/

16          On April 18, 2008, the magistrate judge filed findings and recommendations

17   herein which were served on plaintiff and which contained notice to plaintiff that any objections

18   to the findings and recommendations were to be filed within ten days.  No objections were filed.

19          Accordingly, the court presumes any findings of fact are correct.  See Orland v.

20   United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22   1983).

23          The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

25   \\\\\

26   \\\\\

1

Accordingly, IT IS ORDERED that:

1.  The proposed Findings and Recommendations filed April 18, 2008, are ADOPTED;

2.  This action is dismissed without prejudice; and,

3.  The Clerk is directed to close the case.

Dated:  May 29, 2008

GARLAND E. BURRELL, JR.
United States District Judge